UNITED STATES DISTRICT COURT     SEND
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 08-5173-VBF(Ex)**                                      Date: October 21, 2008

Title:   Austin Franklin Wicks II -v- City of Inglewood, et al.

---

**PRESENT: HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE**

| **Kendra Bradshaw** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER**

Counsel are hereby notified that a Scheduling Conference has been set for ***December 8, 2008*** at ***8:30 a.m.*** before Judge Valerie Baker Fairbank in Courtroom 9, U.S. Courthouse, 312 N. Spring Street, Los Angeles. Lead Trial Counsel shall attend all proceedings before this Court, including the Scheduling Conference.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Rule 26(f) Report and a Notice of Settlement Procedure Selection Form ADR-1, on or before **November 13, 2008**. The title page of the report must state the date and time of the Scheduling Conference. The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof. **The Court requests that a conformed courtesy copy of the report be delivered to <u>chambers</u> by 12:00 p.m. the following day.**

If counsel fail to file the required Joint Rule 26(f) Report and a Notice of Settlement Procedure Selection form or fail to appear at the Scheduling Conference and such failure is not otherwise satisfactorily explained to the Court, the Court may take such action as it deems appropriate, such as monetary sanctions, or ultimately, dismissal or default.

**Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference <u>immediately</u> to each party that makes an initial appearance in the action after this date.**

Initials of Deputy Clerk   kb

(Rev. 10/1/04)